Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
206 Jefferson St.
Boise, ID 83702
P: 208-481-4812
E: barkley@barkleysmithlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CRYSTAL HENDERSON,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and USAA FEDERAL SAVINGS BANK,<br><br>　　　　　　Defendant. | Case No.: 1:21-cv-434-DCN |

**PLAINTIFF'S AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Crystal Henderson and Defendant, Experian Information Solutions, Inc. ( "Experian," and together with Plaintiff, "the Parties"), through undersigned counsel, hereby inform the Court they have completed a settlement of the claims asserted by Plaintiff against Experian in the above-captioned matter. The Parties hereby stipulate to and respectfully request the Court dismiss the claims asserted by Plaintiff against Experian pursuant to FRCP 41(a)(1)(A)(ii), with prejudice, and with the Parties to bear their respective costs and fees.

DATED this 16th day of January, 2023.

          /s/ *Barkley Smith*
Barkley B. Smith
*Attorney for Plaintiff*

DATED this 16th day of January, 2023.

          /s/ *Matthew Billeci*
Matthew T. Billeci
*Attorney for Defendant*

DATED this 16th day of January, 2023.

          /s/ *Christopher Pooser*
W. Christopher Pooser
*Attorney for Defendant*

PLAINTIFF AND DEFENDANT EXPERIAN'S JOINT STIPULATION OF DISMISSAL - 2

## CERTIFICATE OF SERVICE

    I certify that on the 16th day of January, 2023, I served true and accurate copies of the foregoing document on the following person(s), either by deposit in the U.S. Mail, addressed as follows, or by Facsimile, or by hand-delivery, as indicated below:

| | | |
|---|---|---|
| Matthew T. Billeci | [ ] | Hand-delivery |
| Jones Day | [ ] | Facsimile |
| 3161 Michelson Dr., STE 800 | [ ] | By deposit in the U.S. Mail |
| Irvine, CA 92612 | [X] | By Email: mbilleci@jonesday.com |
| | | |
| W. Christopher Pooser | [ ] | Hand-delivery |
| Stoel Rives, LLP | [ ] | Facsimile |
| 101 S. Capitol Blvd. STE 1900 | [ ] | By deposit in the U.S. Mail |
| Boise, ID 83702 | [X] | By Email: christopher.pooser@stoel.com |

    Barkley Smith Law, PLLC

    _/s/ *Barkley B. Smith*_
    Barkley B. Smith
    Attorney for Plaintiff