Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
206 W. Jefferson St.
Boise, ID 83702
P: 208-481-4812
Email: barkley@barkleysmithlaw.com


Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| CRYSTAL HENDERSON,<br><br>                    Plaintiff,<br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and USAA FEDERAL SAVINGS BANK,<br><br>                    Defendant. | Case No.: 1:21-cv-434-DCN<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Crystal Henderson and Defendant USAA Federal Savings Bank hereby give notice by and through their counsel of record that they have reached a settlement to resolve Plaintiff's claims in this matter. These parties are in the process of finalizing a settlement agreement and anticipate filing a Stipulation of Dismissal within the next sixty (60) days.

Notice of Settlement - 1

DATED this 7th day of February, 2023.

          Respectfully submitted by,

          /s/ *Barkley B. Smith*
          Barkley B. Smith
          Barkley Smith Law, PLLC
          Attorney for Crystal Henderson

DATED this 7th day of February, 2022.

          /s/ *John Craiger*
          John Craiger
          Polsinelli
          Attorney for Defendant
          USAA Federal Savings Bank