UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRYSTAL HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and USAA FEDERAL SAVINGS BANK,<br><br>Defendants. | Case No. 1:21-cv-00434-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissals filed by the parties (Dkt. 27; Dkt. 30), IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE.

2. Each party will bear their own costs and attorneys' fees.

3. This case is CLOSED.

DATED: March 31, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1